KOVACH ET AL., APPELLANTS, *v.* CINCINNATI INSURANCE COMPANY, APPELLEE.

[Cite as *Kovach v. Cincinnati Ins. Co.* (1998), 83 Ohio St.3d 153.]

(No. 98–1029—Submitted July 15, 1998—Decided September 23, 1998.)

*Hadden Co., L.P.A.,* and *E. Bruce Hadden; Mark Kitrick Co., L.P.A.,* and *Mark Kitrick,* for appellants.

*Berlon & Timmel* and *J. Richard Brown,* for appellee.

---

The discretionary appeal is allowed. The judgment is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.